UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82297-CIV-DIMITROULEAS

ARTHUR UVALDO,

    Plaintiff,

vs.

VILLAGIO AT BOCA, LLC, a Florida limited
liability company, and KOSMAS A. KALAS
a/k/a "ALEX",

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Motion for Order Approving Settlement and Dismissing with Prejudice Counts I, II, and III of Plaintiff's Complaint [DE-16], filed herein on April 8, 2010. The Court has carefully considered the Joint Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Order Approving Settlement and Dismissing with Prejudice Counts I, II, and III of Plaintiff's Complaint [DE-16] is hereby **GRANTED**, and the parties' settlement agreement attached thereto is hereby **APPROVED**;

2. Counts I, II, and III of Plaintiff's Complaint are hereby **DISMISSED with prejudice**. Attorney's fees and costs as to Counts I, II, and III will be paid pursuant to the terms of the parties' settlement agreement.

3. This case shall remain pending as to Count IV.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of April, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record